**DISMISS; Opinion Filed April 24, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01755-CV

---

## LDM INVESTMENTS, INC. D/B/A LDM DESIGN AND CONSTRUCTION, Appellant

### V.

## SHAUN GANJI, Appellee

---

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC13-01986**

---

## MEMORANDUM OPINION
Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Evans

Appellee has moved to dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3 (b). Appellee notes the clerk's record has not been filed because appellant has failed to pay for it. *See id.* 35.3(a). Appellee further notes that, despite being cautioned that the appeal could be dismissed without further notice if appellant did not file by March 3, 2014 written verification that it had made arrangements to pay for the record or was entitled to proceed without pre-payment of costs, appellant has failed to confirm payment has been made or pre-payment is not required. *See id.* 37.3(b).[1]  Because appellant has failed to file the requested verification, nothing in our records reflect appellant is entitled to proceed without pre-payment of costs, and appellant

---

[1] Additionally, appellee notes that the trial court granted a motion for new trial, and the matter is currently pending before the trial court. Appellee, however, did not attach a copy of the order granting the motion for new trial and does not move to dismiss for want of jurisdiction.

has taken no action in the appeal since filing the notice of appeal, we grant appellee's motion and dismiss the appeal. *See id.* 37.3(b), 42.3(b).

/David Evans/
DAVID EVANS
JUSTICE

131755F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LDM INVESTMENTS, INC. D/B/A LDM
DESIGN AND CONSTRUCTION,
Appellant

No. 05-13-01755-CV          V.

SHAUN GANJI, Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-01986.
Opinion delivered by Justice Evans.
Justices Fillmore and Lewis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Shaun Ganji recover his costs of this appeal from appellant LDM Investments, Inc. d/b/a LDM Design and Construction.

Judgment entered this 24th day of April, 2014.

/David Evans/
DAVID EVANS
JUSTICE